UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

---------------------------------------------------------------------------x

| | |
|---|---|
| LaSherra Curry, | Civil Action No: 4:21-cv-3394 |
| Plaintiff, | |
| -v.- | |
| First National Collection Bureau, Inc. | |
| Defendants. | |

---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for this case during said sixty (60) day period.

DATED, this 10th day of January, 2022

*/s/Eliyahu Babad*
Eliyahu Babad, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
Phone: 201-282-6500
ebabad@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 10, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Eliyahu Babad*
                                              Eliyahu Babad, Esq.