UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LaSherra Curry, | § § § | **ENTERED**<br>January 10, 2022<br>Nathan Ochsner, Clerk |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-21-3394 |
| First National Collection Bureau, Inc., | § § § | |
| Defendants, | § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By March 11, 2022, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

Signed on January  10 , 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge